JUDGE ALONSO
MAGISTRATE JUDGE FUENTES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 17, 2023

23CR311

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Violation: Title 18, |
| v. ) | United States Code, |
| ) | Section 922(g)(1) |
| TILROME P. BELL ) | |

**UNDER SEAL**

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about January 1, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

TILROME P. BELL,

defendant herein, knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock .22 caliber semi-automatic pistol, model 44, bearing serial number AEDT249, which firearm had been transported in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).



FILED
MAY 17 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this indictment, defendant TILROME P. BELL shall forfeit to the United States of America the firearm, magazines, and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited consists of a Glock .22 caliber semi-automatic pistol, model 44, bearing serial number AEDT249, and associated magazines and ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
ACTING UNITED STATES ATTORNEY